OFFICE OF DISCIPLINARY COUNSEL *v.* WISE.

[Cite as *Disciplinary Counsel v. Wise* (1999), 85 Ohio St.3d 169.]

(No. 98–2213—Submitted December 16, 1998—Decided March 24, 1999.)

*Jonathan E. Coughlan,* Disciplinary Counsel, and *Lori J. Brown,* First Assistant Disciplinary Counsel, for relator.

*J. Gerald Ingram*, for respondent.

---

***Per Curiam.*** The normal sanction for misappropriation of client funds is disbarment. *Disciplinary Counsel v. Connaughton* (1996), 75 Ohio St.3d 644, 645, 665 N.E.2d 675, 676, and cases cited therein. However, on some occasions because of mitigating circumstances, we have given weight to a board recommendation of a lesser sanction. *Disciplinary Counsel v. Kurtz* (1998), 82 Ohio St.3d 55, 693 N.E.2d 1080. We do so in this case. Respondent is hereby indefinitely suspended from the practice of law in Ohio. Costs are taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.